# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONEL DENAIR PANKEY,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 79485

**FILED**

SEP 20 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
       DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for specific performance. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for specific performance in a criminal matter, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                      Silver

cc: Hon. Elliott A. Sattler, District Judge
    Ronel Denair Pankey
    Attorney General/Carson City
    Washoe County District Attorney
    Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

19-39352